CHESTER F. STRONG, Respondent, v. EDWIN L. RUSSELL, Appellant, Impleaded with Another.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for November 16, 1923, for which date the case is set down, and

be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.